IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RENEE LAZARUS,

    Plaintiff,

vs.                                    CASE NO.: 4:05cv253-SPM

SEA CREST HEALTH CARE MANAGEMENT,
LLC and GINGER DRIVE HEALTH CARE
ASSOCIATES, LLC d/b/a HERITAGE
HEALTHCARE CENTER,

    Defendants.

_____/

## ORDER DENYING SEA CREST'S MOTION AS MOOT

    Defendant Sea Crest Health Care Management, LLC filed a motion to dismiss or in the alternative a request for a protective order (doc. 14). The motion has been made moot by the dismissal by stipulation of Defendant Sea Crest Health Care Management, LLC (see doc. 31). Accordingly, it is

    ORDERED AND ADJUDGED that the motion (doc. 14) is denied as moot.

    DONE AND ORDERED this 3rd day of January, 2006.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge