IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RENEE LAZARUS,

       Plaintiff,

vs.                                            CASE NO.: 4:05cv253-SPM

GINGER DRIVE HEALTH CARE
ASSOCIATES, LLC d/b/a HERITAGE
HEALTHCARE CENTER,

       Defendant.
_____/

## ORDER DISMISSING RETALIATION CLAIM

      Pending before the Court is Defendant's Motion for Partial Judgment on the Pleadings (doc. 33), which is directed to Plaintiff's retaliation claim. Plaintiff states in her response that she will not pursue her retaliation claim and requests dismissal of the claim. Accordingly, it is

      ORDERED AND ADJUDGED:

      1.      The retaliation claim is dismissed with prejudice.

      2.      Defendant's motion for Partial Judgment on the Pleadings (doc. 33) is denied as moot.

      DONE AND ORDERED this 11th day of January, 2006.

                           _s/ Stephan P. Mickle_____

                           Stephan P. Mickle
                           United States District Judge